**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 08-3411-CV-S-GAF |
| ) | |
| **A TRACT OF LAND LOCATED IN** ) | |
| **HOWELL COUNTY, MISSOURI.** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF DEFAULT JUDGMENT OF FORFEITURE

Plaintiff, United States of America, has moved this Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for entry of a final judgment by default. Plaintiff has shown that the defendant real property has not been seized to date; that a complaint for forfeiture was filed against the defendant real property; that all known potential claimants were served with process; that any and all other claimants have been served by publication; that no claim asserting an interest in the defendant real property has been filed; and that the time for filing a claim has expired for all known and unknown potential claimants.

Therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

(1) that a default judgment of forfeiture is hereby entered against the defendant real property, together with all its buildings, appurtenances, and improvements, being situated in Howell County, Missouri, and described as follows:

> A part of the West ½ of Lot 3 of the Northwest Quarter of Section 3, Township 24, Range 9, described as follows: Beginning at the Northwest corner of said West ½ of Lot 3 of the Northwest quarter; thence South along the West line of said West ½ of Lot 3 of the Northwest Quarter 630 feet; thence East parallel with the North line of said West ½ of Lot 3 of the Northwest Quarter 210 feet; thence

North parallel with the West line of said West ½ of Lot 3 of the Northwest Quarter 630 feet; thence West along the North line of said West ½ of Lot 3 of the Northwest Quarter 210 feet to the point of beginning, containing 3 acres, more or less. Subject to existing roads along the north and west lines thereof. Subject to easements and restrictions of record.

(2) that all persons claiming any right, title or interest in or to the defendant real property are held in default;

(3) that all claims and interests in the defendant real property are forever foreclosed and barred;

(4) that the above-described defendant real property is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 881(a)(7);

(5) that the United States Marshals Service or its designee shall seize and maintain custody of the defendant real property and dispose of it according to law; and

(6) that the Clerk of the Court shall enter a judgment consistent with this order.

**IT IS SO ORDERED**.

                s/ Gary A. Fenner
                Gary A. Fenner, Judge
                United States District Court

DATED: March 25, 2009